UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRIENDS OF ROEDING PARK, et al.,

        Plaintiffs,

   v.

CITY OF FRESNO, et al.,

        Defendants.

No. 2:11-cv-02083-MCE-CKD

ORDER

----oo0oo----

Scheduled for oral argument on October 20, 2011, are (1) Defendant City of Fresno's Motion to Dismiss for Lack of Jurisdiction [ECF No. 15], Defendant County of Fresno's Motion to Dismiss (joined by Fresno's Chaffee Zoo Corp.] [ECF Nos. 17, 21], (3) Defendant State of California Department of Parks and Recreation's Motion to Dismiss [ECF No. 20], and (4) Fresno's Chaffee Zoo Corp.'s Motion to Change Venue [ECF No. 22]. The motions to dismiss were all timely filed on September 6 and the motion to change venue was filed on September 7.

///

///

1

1     Under Local Rule 230(c), Plaintiffs' opposition to these
2 motions was due no less than fourteen days before the October 20
3 hearing date, so no later than October 6.  Furthermore, under
4 Rule 230(c), "[a] responding party who has no opposition to the
5 granting of the motion shall serve and file a statement to that
6 effect, specifically designating the motion in question" and
7 "[n]o party will be entitled to be heard in opposition to a
8 motion at oral arguments if opposition to the motion has not been
9 timely filed by that party."
10    Plaintiffs neither filed an opposition nor a statement of
11 non-opposition to the above-referenced motions, therefore they
12 are not entitled to be heard at the October 20 hearing.
13    In addition, Plaintiffs' apparent failure to prosecute and
14 to comply with the local rules may warrant dismissal with
15 prejudice.  See Ghazali v. Moran, 46 F. 3d 52, 53 (9th Cir.
16 1995).  Plaintiffs are therefore ORDERED TO SHOW CAUSE why this
17 Court should not dismiss this action.  Plaintiffs are to submit a
18 brief establishing cause to this Court not longer than ten (10)
19 pages in length and not later than ten (10) days from the date of
20 this Order.  Failure to file the required brief may result in
21 dismissal, without further notice, of Plaintiffs' action in its
22 entirety and with prejudice.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The October 20 hearing on all of the above-referenced
2 motions is taken off Calendar.  The Court will hear oral argument
3 from the parties on the Order to Show Cause on **November 3, 2011,**
4 **at 2:00 p.m.**
5  IT IS SO ORDERED.

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE