KEVIN B. BRIGGS
  County Counsel
MICHAEL R. LINDEN
  Deputy County Counsel – State Bar No. 192485
2220 Tulare Street, Ste. 500
Fresno, California  93721
Telephone:  (559) 600-3479
Facsimile:   (559) 600-3480

Attorneys for Defendants COUNTY OF FRESNO
and FRESNO COUNTY ZOO AUTHORITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF ROEDING PARK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No.  1:11-cv-02070 LJO SKO <br><br> **STIPULATION FOR DISMISSAL OF ZOO AUTHORITY AND COUNTY OF FRESNO; [PROPOSED] ORDER THEREON** |

Pursuant to the "SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS" (hereinafter "Settlement Agreement") executed by plaintiffs Friends of Roeding Park, Lisa Flores, Ed Byrd, and Patricia Espinoza (hereinafter "Plaintiffs") and defendants Fresno County Zoo Authority and County of Fresno (hereinafter "COUNTY defendants"), Plaintiffs and COUNTY defendants agree that the instant action shall be dismissed with prejudice.  The Settlement Agreement is attached hereto as Exhibit "A." Plaintiff requests that the Court dismiss with prejudice Case No. 1:11-cv-02070 LJO SKO as against COUNTY defendants. Each party shall bear his/her/its own attorney's fees and costs.

///

///

///

**For COUNTY Defendants:**

Dated: December 21, 2011                                  KEVIN B. BRIGGS, COUNTY COUNSEL


                                                          By:        /s/ Michael Linden
                                                              Michael R. Linden, Deputy
                                                              Attorneys for Defendants
                                                          COUNTY OF FRESNO and FRESNO
                                                              COUNTY ZOO AUTHORITY


**For Plaintiffs:**

Dated: December 21, 2011                                          /s/ Richard Harriman
                                                              Richard L. Harriman
                                                          Attorneys for Plaintiffs Friends of
                                                          Roeding Park, Lisa Flores, Ed Byrd,
                                                              and Patricia Espinoza

### ORDER

Pursuant to the above stated Stipulation for Dismissal, United States District Court for the Eastern District of California Case No. 1:11-cv-02070-LJO-SKO is hereby dismissed with prejudice as against defendants Fresno County Zoo Authority and County of Fresno.

IT IS SO ORDERED.

Dated:   **December 21, 2011**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE